**SO ORDERED.**

**Dated: March 10, 2021**

**Eddward P. Ballinger Jr., Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEONARD SUSTAITA, JR.,<br><br>    Debtor. | In Chapter 7 Proceedings<br><br>Case No. 2:20-BK-01222-EPB |
| VAHNITA LYNN DORRE, fka VAHNITA LYNN WILLIAMSON, DALE D. ULRICH, TRUSTEE<br>    Plaintiffs,<br>v.<br><br>LEN SUSTAITA, aka LEONARD SUSTAITA, JR.; YVONNE ANDRADE; ETX UX; ET AL,<br><br>    Defendants. | Adversary No. 2:20-ap-00192<br><br>**JUDGMENT** |

    Plaintiff VAHNITA LYNN DORRE ("*Plaintiff*"), having filed at Adv. Dkt. No. 18 a Motion for Summary Judgment pursuant to Rule 56, Fed. R. Civ. P., and Rule 7056, F.R.B.P., and

    Intervening Plaintiff Dale D. Ulrich, Trustee having joined in the Motion at Adv. Dkt. No. 21; and

    No response to the Motion having been filed; and

    Good cause appearing.

**IT IS ORDERED:**

1. The Motion For Summary Judgment at Adv. Dkt. No. 18 is granted.

2. Title to the following real property shall be and is hereby quieted to and is hereby vested in the Plaintiffs:

> Lot 188, of Buckeye 320, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in book 673, of maps, page 34 and affidavit of change recorded as 04-0654657, of official records.
>
> Commonly known as 25854 West Nancy Lane, Buckeye, Arizona 85326 (the "Property").

3. Defendants Len Sustaita aka Leonard Sustaita, Jr. and Yvonne Andrade shall have no further right, title or interest of any kind or nature in the Property and shall immediately surrender possession of the Property to the Plaintiffs.

4. Defendants Len Sustaita aka Leonard Sustaita, Jr. and Yvonne Andrade are forever barred and precluded from claiming or asserting any right, title or interest in the Property contrary to the title vested in the Plaintiffs pursuant to this order.

5. The Clerk shall enter this as a final judgment in this adversary proceeding, there being no further issues remaining for adjudication.

6. The hearing scheduled for March 30, 2021 at 11:00 a.m. is vacated.

**DATED AND SIGNED ABOVE.**