United States Bankruptcy Court
District of Arizona

Ulrich,
    Plaintiff

Sustaita, Jr.,
    Defendant

Adv. Proc. No. 20-00192-EPB

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: radickem | Page 1 of 2 |
| Date Rcvd: Mar 10, 2021 | Form ID: pdf05a | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Leonard Sustaita, Jr., 25854 W. Nancy Ln., Buckeye, AZ 85326-2167 |
| pla | + | Vahnita Lynn Dorre, 5450 E. High Street, Suite 330, Phoenix, AZ 85054-5479 |
| dft | + | Yvonne Andrade, 25854 W. Nancy Ln., Buckeye, AZ 85326-2167 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion14.px.ecf@usdoj.gov | Mar 11 2021 02:31:00 | U.S. TRUSTEE, OFFICE OF THE U.S. TRUSTEE, 230 NORTH FIRST AVENUE, SUITE 204, PHOENIX, AZ 85003-1725 |
| pla | + Email/Text: dulrichaz@yahoo.com | Mar 11 2021 02:33:00 | Dale D Ulrich, 1934 E. Camelback Rd., Ste. 120-615, Phoenix, AZ 85016-4126 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:**

**Name**      **Email Address**

MICHAEL ROBERT FLETCHER
    on behalf of Plaintiff Vahnita Lynn Dorre michael@hnflawyers.com

TERRY A. DAKE
          on behalf of Plaintiff Dale D Ulrich tdake@cox.net

TOTAL: 2

SO ORDERED.

Dated: March 10, 2021

Eddward P. Ballinger Jr., Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Chapter 7 Proceedings |
|---|---|
| LEONARD SUSTAITA, JR., | Case No. 2:20-BK-01222-EPB |
| Debtor. | |
| VAHNITA LYNN DORRE, fka VAHNITA LYNN WILLIAMSON, DALE D. ULRICH, TRUSTEE<br>　　　　Plaintiffs,<br>v.<br>LEN SUSTAITA, aka LEONARD SUSTAITA, JR.; YVONNE ANDRADE; ETX UX; ET AL,<br>　　　　Defendants. | Adversary No. 2:20-ap-00192<br><br>**JUDGMENT** |

　　　　Plaintiff VAHNITA LYNN DORRE ("*Plaintiff*"), having filed at Adv. Dkt. No. 18 a Motion for Summary Judgment pursuant to Rule 56, Fed. R. Civ. P., and Rule 7056, F.R.B.P., and

　　　　Intervening Plaintiff Dale D. Ulrich, Trustee having joined in the Motion at Adv. Dkt. No. 21; and

　　　　No response to the Motion having been filed; and

　　　　Good cause appearing.

**IT IS ORDERED:**

1. The Motion For Summary Judgment at Adv. Dkt. No. 18 is granted.

2. Title to the following real property shall be and is hereby quieted to and is hereby vested in the Plaintiffs:

> Lot 188, of Buckeye 320, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in book 673, of maps, page 34 and affidavit of change recorded as 04-0654657, of official records.
>
> Commonly known as 25854 West Nancy Lane, Buckeye, Arizona 85326 (the "Property").

3. Defendants Len Sustaita aka Leonard Sustaita, Jr. and Yvonne Andrade shall have no further right, title or interest of any kind or nature in the Property and shall immediately surrender possession of the Property to the Plaintiffs.

4. Defendants Len Sustaita aka Leonard Sustaita, Jr. and Yvonne Andrade are forever barred and precluded from claiming or asserting any right, title or interest in the Property contrary to the title vested in the Plaintiffs pursuant to this order.

5. The Clerk shall enter this as a final judgment in this adversary proceeding, there being no further issues remaining for adjudication.

6. The hearing scheduled for March 30, 2021 at 11:00 a.m. is vacated.

**DATED AND SIGNED ABOVE.**